***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted July 29, affirmed August 31, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JUSTIN MICHAEL YARGER,
*Defendant-Appellant.*

Clackamas County Circuit Court
20CR05325; A175137

Susie L. Norby, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kali Montague, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

PER CURIAM

Affirmed. *State v. Ramos*, 318 Or App 224, 505 P3d 106 (2022).